O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE HUNTER, an individual; AUSSIE BLUE, a California corporation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>JPMORGAN CHASE BANK, N.A.; CHASE HOME FINANCE, LLC; CALIFORNIA RECONVEYANCE COMPANY; JAY SCHUMINSKY, PAUL M. KELLY, KELLY SEMMEL LLP,<br><br>　　　　　Defendants. | Case No. CV 11-05261 DDP (AGRx)<br><br>**ORDER GRANTING MOTIONS TO DISMISS**<br><br>[Motions (x4) filed on 8/4/11 and 7/27/11 ] |

　　　Presently before the court are Motions to Dismiss Plaintiffs' Complaint filed by Defendants California Reconveyance Company, Jay Schuminsky, Paul M. Kelly, and Kelley Semmel LLP. (Dkt. Nos. 5, 8, 9, 10). Because Plaintiffs have not filed any opposition, the court GRANTS the motions.

　　　Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion.

C.D. CAL. L.R. 7-9. Additionally, Local Rule 7-12 provides that "[t]he failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." C.D. CAL. L.R. 7-12.

The hearing on Defendants' motions was set for September 12, 2011. Plaintiffs' oppositions were therefore due by August 22, 2011. As of the date of this Order, Plaintiffs have not filed any opposition, or any other filing that could be construed as a request for a continuance. Accordingly, the court deems Plaintiffs' failure to oppose as consent to granting the motions to dismiss, and GRANTS the motions.

IT IS SO ORDERED.

Dated: August 30, 2011

DEAN D. PREGERSON
United States District Judge